Clerk
April 14, 2009
Page 1

APR 16 '09 AM 11:16 USB

**ANDERSON AQUINO LLP**
COUNSELORS AT LAW

240 LEWIS WHARF
BOSTON, MASSACHUSETTS 02110
(617) 723-3600

FACSIMILE (617) 723-3699

John J. Aquino
jja@andersonaquino.com

April 14, 2009

Clerk
United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

Re:   **FansRULE, Inc.**
      **Chapter 7 Case No. 03-46505-HJB**

Dear Sir/Madam:

Enclosed please find trustee check numbers 530, 531 and 532 in the amounts of $$6,33.84, $1,228.05 and $6,662.86, respectively, which represent unclaimed funds in the above-referenced case. The names and address of the claimants, as well as the amount of the individual unclaimed checks are listed below.

| Claimant | Check No. 531 | Amount |
|---|---|---|
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 55484<br>Boston, MA 02205 | | $1,288.05 |
| | Check No. 532 | |
| Turkey Dinners Tours, Inc.<br>c/o John R. Mayer<br>Perkins, Smith, Cohen, LLP<br>1 Beacon Street, 30th Floor<br>Boston, MA 02108 | | $6,662.68 ✓ |