Clerk
April 14, 2009
Page 2

<u>Check No. 530</u>

| | |
|---|---|
| Trisha Barton<br>930 SW 47th Terrace #7<br>Cape Coral, FL 33914 | $20.83  F-0 |
| Deborah Bohn<br>1220 44th Avenue E<br>c/o RWL<br>Bradenton, FL 34203 | $230.00 |
| Glenis Brock<br>309-B Glendale Drive<br>Wilson, NC 27893 | $392.28 |
| Thomas Cooley  c/o Anderson Aquino LLP<br>240 Lewis Wharf<br>(No address listed with Proof of Claim) Boston, MA 02110 | $78.21 |
| Thomas DeMaro<br>900 Lakewood Blvd, #101<br>Downey, CA 90240 | $600.00 |
| Sara Faulkner<br>7100 B-German Hill Road<br>Baltimore, MD 21222 | $6.39  F0 |
| Nancy Gillingham<br>c/o Nicole Palmisano<br>7325 W. Lloyd Street<br>Wauwatosa, WI 53213 | $230.00 |
| Amber G. Waltney<br>106 84th Street<br>Virginia Beach, VA 23451-1810 | $105.30 |
| Jackie Johnson<br>12385 Irma Avenue<br>Blair, NE 68008 | $350.00 |
| Steve Langdon<br>9321 Dixon Road<br>Suffolk, VA 23433 | $6.39  F0 |
| Victor Leyba<br>P.O. Box 14610<br>Reno, NV 89507 | $350.00 |

Clerk
April 14, 2009
Page 3

| | |
|---|---:|
| Lelia N. Martin<br>3013 Quaker Road<br>Quinton, VA 23141 | $150.00 |
| Keiichi Matsuda<br>1745 Wilcox Avenue<br>Los Angeles, CA 90028 | $300.00 |
| Atsushi Matsutani<br>Room - No. 205, Pearl Heights<br>1-21-20 Kichijougi Higoshi Machi<br>Mosashino-shi, Tokyo 180-0002<br>Japan | $65.50 |
| Carmen J. Mustico<br>7127 Rock Ridge Lane, Apt K<br>Alexandria, VA 22315 | $150.00 |
| Joan Shubert<br>153 Franklin Avenue<br>West Berlin, NJ 08091 | $130.00 |
| Barbara Reynolds<br>254 North Road<br>Greene, NY 13778 | $130.00 |
| Christopher Pate<br>10855 Hunter Gate Way<br>Reston, VA 20194 | $130.00 |
| Johnny Santiago<br>5727 Magnolia Avenue, #306<br>Whittier, CA 90601 | $600.00 |
| Kia Polee<br>2848 Alberta Street<br>Terrance, CA 90501 | $375.00 |
| Abel Abad Salas<br>c/Mazeo 13 1-D<br>Sevilla, Spain | $360.00 |
| Mike Russell<br>126 Mellen Bray House<br>10 Weston Avenue<br>Quincy, MA 02170 | $299.29 |

Clerk
April 14, 2009
Page 4

| | |
|---|---|
| Lynn T. Waring  c/o Anderson Aquino 240 Lewis Wharf Boston, MA 02110 (No address listed with Proof of Claim) | $78.21 |
| Jennifer Squatrito 2240 Woodlawn Avenue Virginia Beach, VA 23455 | $6.39  ✗0 |
| Robert C. Oakley P.O. Box 1148 Eden, NC 27289 | $269.57 |
| Joann Jean Perez 3914 Highway #67 Clarksfield, MN 56223 | $392.28 |
| Kathleen M. Pushek 15055 Bushy Park Road Woodbine, MD 21797 | $392.28 |
| David A. Smith 494 N. Wickham Road, Apt 156 Melbourne, FL 32935 | $146.92 |

If you have any questions regarding the forgoing, please do not hesitate to call.

Very truly yours,

John J. Aquino  (JEK)

Encl.
JJA/jek